# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  
Marcus Steele and Angela Steele

Debtors

Case No. 14–32580  
Chapter 13

# ORDER

This case is before the court on the following matter:

*43* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by Richard D. Shinbaum on behalf of Angela Steele, Marcus Steele. Responses due by 08/21/2015. (Attachments: # 1 Exhibit amended plan) (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 24th day of August, 2015.

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams Jr.  
United States Bankruptcy Judge